UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIS WYNNE,<br><br>                      Plaintiff(s),<br><br>             v.<br><br>CITY OF NEW YORK,<br><br>                      Defendant(s). | 23-CV-9955 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

       Plaintiffs filed this case November 10, 2023. *See* ECF No. 1. An order issued November 14, 2023, scheduled an initial pre-trial conference for January 31, 2024, and required the parties to file a joint status letter one week in advance of the conference. *See* ECF No. 7. An order issued December 7, 2023, referred this case for mediation through the District's Mediation Program, with mediation to take place within sixty days. *See* ECF No. 19.

       It is hereby **ORDERED** that the initial conference is **ADJOURNED** to **February 28, 2024, at 2:30 P.M. EST.** The parties shall join the conference by dialing (646) 453 – 4442, and entering the Conference ID: 660 552 069, followed by the pound sign (#). The parties shall file the required joint status letter and proposed case management plan by **February 21, 2024.**

       SO ORDERED.

Dated: December 8, 2023
       New York, New York

                                                                       DALE E. HO
                                                      United States District Judge