

Molly Elkin<br>
mae@mselaborlaw.com

May 10, 2024

**VIA ECF**
Hon. Dale E. Ho
United Stated District Court
Southern District of New York
500 Pearl Stret
New York, NY 10007

      Re:    *Wynne, et al. v. City of New York*, Case No. 1:23-cv-09955-DEH

Dear Judge Ho,

    We represent the Plaintiffs in the above-referenced case and write on behalf of both Parties pursuant to Your Honor's April 25, 2024, Order requiring the Parties to inform the Court of the mediation date selected and to confirm that Defendants have produced the data necessary to facilitate mediation. (Dkt. 41).

    The Parties have conferred with each other and with the mediator assigned to this case. The Parties will participate in mediation on **August 21, 2024**.

    On May 7, 2024, Defense counsel informed Plaintiffs' counsel that despite Defense counsel's efforts to obtain and produce the data by the May 10th deadline, the City had an issue with pulling the necessary pay and leave data. According to Defense Counsel, that issue was resolved on May 7, 2024. Defense counsel confirmed, in writing, that the data necessary to facilitate mediation will be produced on or before **May 21, 2024.** Assuming Defendant meets this deadline, the Parties will be able to complete mediation by August 21, 2024, and submit the required Joint Status Letter to the Court by August 28, 2024.

    The Parties propose that they file a Joint Status Letter informing the Court of the status of the data production by no later than May 21, 2024.

    We thank the Court for its consideration.

                                    Sincerely,

                                    McGILLIVARY STEELE ELKIN LLP

                                    Molly A. Elkin

cc:    All counsel (via ECF)