IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIS WYNNE, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　Defendant. | Case No. 1:23-CV-09955 (DEH) |

### JOINT STIPULATION OF DISMISSAL OF TWO PLAINTIFFS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the voluntary dismissal of the following two Plaintiffs without prejudice:

1. Richard Narciso
2. Paul Santoro Jr.

These Plaintiffs should be dismissed because they did not work as Sanitation Supervisors during the recovery period in this case. This notice of voluntary dismissal pertains to the claims of the above individuals only; all other claims by all other Plaintiffs remain pending.

Application GRANTED. The Clerk of Court is respectfully directed to terminate Plaintiffs Richard Narciso and Paul Santoro. SO ORDERED.

Dated: November 15, 2024
New York, New York

Dale E. Ho
United States District Judge

Respectfully submitted,

*/s/ Molly A. Elkin*

Molly A. Elkin
Sarah M. Block
Patrick J. Miller-Bartley
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
mae@mselaborlaw.com
smb@mselaborlaw.com
pmb@mselaborlaw.com

Dated: 11/06/2024

*/s/ Hope Pordy*

Hope Pordy
Elizabeth Sprotzer
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Fl.
New York, NY 10018
Phone: (212) 765-2100
hpordy@spivaklipton.com
esprotzer@spivaklipton.com

Dated: 11/6/24

*Counsel for Plaintiffs*

*/s/ Felice Ekelman*

Felice B. Ekelman Adam S. Gross Annabel S. Stanley
JACKSON LEWIS P.C.
666 Third Avenue, 28th Fl.
New York, NY 10017
Phone: (212) 545-4000
Felice.Ekelman@jacksonlewis.com
Adam.Gross@jacksonlewis.com
Annabel.Stanley@jacksonlewis.com

Dated: 11/6/24

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

/s/ *Molly A. Elkin*
Molly A. Elkin